**Larry PRIDGEON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64728.**

Missouri Court of Appeals,
Western District.

June 28, 2005.

Susan Lynn Hogan, Appellate Defender Office, Kansas City for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Robert L. Ortbals, Jr., Office of Attorney General, Jefferson City for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

**ORDER**

Larry Pridgeon appeals the circuit court's judgment denying his motion to vacate judgment and sentence without an evidentiary hearing pursuant to Rule 24.035. We affirm. Rule 84.16(b).